UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RENE J. FEASBY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:14-CV-069 JD |
| | ) |
| INQUEST HEALTH SYSTEM, P.C., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Now before the Court is the parties' Joint Motion Seeking Entry of Agreed Judgment. [DE 22]. In light of the parties' agreement, the Court GRANTS the parties' Joint Motion and DIRECTS the Clerk to enter judgment in favor of Plaintiff, Rene J. Feasby, and against Defendant, Inquest Health System, P.C., in the amount of $13,500.00, inclusive of any attorneys' fees, litigation costs, and expenses.

SO ORDERED.

ENTERED: January 27, 2015

/s/ JON E. DEGUILIO
Judge
United States District Court